UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KANG LU,<br><br>             Plaintiff,<br>   v.<br><br>EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY (EOPSS), and TERRENCE REIDY, in his official capacity as Secretary of EOPSS,<br><br>OFFICE OF THE ATTORNEY GENERAL, and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>             Defendants. | No. 1:23-cv-12045-AK |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Angélica L. Durón, Assistant Attorney General, as counsel for the defendants, the Executive Office of Public Safety and Security (EOPSS); Terrence Reidy, in his official capacity as Secretary of EOPSS; the Office of the Attorney General; and Andrea Joy Campbell, in her official capacity as Attorney General of Massachusetts, in the above-captioned case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL |
|  | */s/ Angélica L. Durón*<br>Angélica L. Durón, BBO# 705315<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 963-2367 |
| September 12, 2023 | Angelica.Duron@mass.gov |

### CERTIFICATE OF SERVICE

I hereby certify that the above document, filed electronically through the Court's electronic case filing system on September 12, 2023, will be sent electronically to all parties registered on the Court's electronic filing system, and paper copies of the document will be sent by first class mail, postage pre-paid, to non-registered parties.

Kang Lu, *pro se*
106 Sewall Ave #3
Brookline, MA 02446
libertywithoutlicense@gmail.com

                                                  */s/ Angélica L. Durón*
                                                  Angélica L. Durón
                                                  Assistant Attorney General