# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE OF PUBLIC SAFTEY AND SECURITY (EOPSS), and TERRENCE REIDY, in his official capacity as Secretary of EOPSS,<br><br>OFFICE OF THE ATTORNEY GENERAL, and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>*Defendants.* | Civil Action No. 1:23-cv-12045-AK<br><br>ACTION<br><br>FOR<br><br>DECLARATORY JUDGMENT |

## MOTION FOR CM/ECF ACCESS

1. I, Kang Lu, *pro se* plaintiff in the above captioned matter respectfully request access to the Court's Case Management / Electronic Case Files (CM/ECF) system for the purpose of filing case documents online through https://ecf.mad.uscourts.gov.

2. I have established login credentials to Public Access to Court Electronic Records (PACER); my PACER account number is 4710378.

3. I am generally familiar with electronic case filing, and I have studied the instructions found at https://pacer.uscourts.gov/.

**WHEREFORE**, I respectfully motion this Honorable Court to grant me CM/ECF privileges for the purpose of filing case documents online.

Dated: September 28, 2023.                                    Respectfully executed,

*[signature: Kang Lu]*

Kang Lu, *in propria persona*
106 Sewall Ave. # 3
Brookline Massachusetts
libertywithoutlicense@gmail.com
Phone: 413-300-2102

### Certificate of Service

I hereby certify that this MOTION FOR CM/ECF ACCESS was sent to the Court, Clerk's Office, Suite 2300, U.S. District Court, District of Massachusetts, 1 Courthouse Way, Boston, MA 02210, by First Class US Mail, on the above date, and a copy of the same, was also sent to the defendants' counsel by email to Assistant Attorney General Angélica L. Durón at angelica.duron@state.ma.us.

*[signature: Kang Lu]*
Kang Lu