# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE OF PUBLIC SAFTEY AND SECURITY (EOPSS), and TERRENCE REIDY, in his official capacity as Secretary of EOPSS,<br><br>OFFICE OF THE ATTORNEY GENERAL, and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>*Defendants.* | Civil Action No. 1:23-cv-12045-AK<br><br>ACTION<br><br>FOR<br><br>DECLARATORY JUDGMENT |

## PLAINTIFF'S AFFIDAVIT AND ASSENT TO ACTION

1. I, Frank Staples, the undersigned affiant, state as follows:

    i. I am a New Hampshirite[1], residing in Hillsborough county. After a thorough search of the state and federal laws, I have found no published statute or regulation prohibiting me from keeping and bearing "arms for personal use," or for "defending [my life] and liberties ... and that of seeking and obtaining [my] safety and happiness," as plainly described by the text of *Mass. Gen. Laws Chapter 62C, § 55A* and *Article I* of the Massachusetts Declaration of the Rights.

---

[1] See **Nationalities, etc. 5.23**, page 73 of the Style Manual, 2000 edition.

    ii. Whereas, I freely exercise my right to keep and bear arms for personal use in New Hampshire, it is also my wish to exercise the same rights when in Massachusetts, as these rights are indispensable to my safety and happiness, wherever I sojourn.

    iii. Further, I have not, I do not, and I do not intend to possess or "carry a firearm, as defined in section one hundred and twenty-one of chapter one hundred and forty, ... while in the performance of ... duties," as licensed in *G. L. 147, § 29*, "carry[] guns in the performance of ... duties," as licensed in *G. L. 147, § 29A*, "carry ... weapons ... in the performance of ... duties," as described in *G. L. 147, § 8A*, or carry on a business as a gunsmith, or sell, rent or lease firearms, as licensed in *G. L. c. 140, § 122*, or to possess or carry firearms as entitled by any provision of the *General Laws*.

2. Because I assert a right to relief jointly with respect to a similar cause of action arising under the *Constitution*, where identical questions of law common to my own circumstances will arise in the declaratory relief sought; therefore, I expressly assent to, and hereby incorporate by reference the ACTION FOR DECLARATORY JUDGEMENT, filed by Kang Lu on 9/1/2023, in its entirety, and with the same force and effect as though fully set forth herein.

Dated: October 12th, 2023.

Respectfully executed,

Frank Staples, *in propria persona*
332 Merrimack Street
Manchester New Hampshire [03103]
absolutedefiance@protonmail.com
Phone: 603-722-5408

## Certificate of Service

I certify that this Affidavit and Assent to Action was sent to the Court, Clerk's Office, Suite 2300, U.S. District Court, District of Massachusetts, 1 Courthouse Way, Boston, MA 02210 on the above date, and a copy of the same, was also sent to the defendants' counsel by email to Assistant Attorney General Angélica L. Durón at angelica.duron@state.ma.us.

_____
*Frank Staples*