# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

2023 OCT 19  PM 12: 07

| | |
|---|---|
| Kang Lu, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE OF PUBLIC SAFTEY AND SECURITY (EOPSS), and TERRENCE REIDY, in his official capacity as Secretary of EOPSS,<br><br>OFFICE OF THE ATTORNEY GENERAL, and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>*Defendants.* | Civil Action No. 1:23-cv-12045-AK<br><br>ACTION<br><br>FOR<br><br>DECLARATORY JUDGMENT |

## PLAINTIFF'S AFFIDAVIT AND ASSENT TO ACTION

1. I, R. Susan Woods, the undersigned affiant, appearing in my proper person, state as follows:

    i. I am a Massachusettsan[1], residing in Hampshire County. After a thorough search of the state and federal laws, I have found no published statute or regulation prohibiting or licensing my right to keep and bear "arms for personal use," or for "defending [my] life] and liberties ... and that of seeking and obtaining [my] safety and happiness," as plainly described by the text of *Mass. Gen. Laws Chapter 62C. § 55A* and *Article I* of the Massachusetts Declaration of the Rights.

---

[1] See **Nationalities, etc. 5.23**, page 73 of the Style Manual, 2000 edition.

    ii. It is my wish to freely exercise the right to keep and bear arms for personal use in Massachusetts, because these rights are indispensable to my safety and happiness.

    iii. Further, I have not, I do not, and I do not intend to possess or "carry a firearm, as defined in section one hundred and twenty-one of chapter one hundred and forty, ... while in the performance of ... duties," as licensed in *G. L. 147, § 29*, "carry[] guns in the performance of ... duties," as licensed in *G. L. 147, § 29A*, "carry ... weapons ... in the performance of ... duties," as described in *G. L. 147, § 8A*, or carry on a business as a gunsmith, or sell, rent or lease firearms, as licensed in *G. L. c. 140, § 122*, or to possess or carry firearms as entitled by any provision of the *General Laws*.

2. Because I assert a right to relief jointly with respect to a similar cause of action arising under the *Constitution*, where identical questions of law common to my own circumstances will arise in the declaratory relief sought; therefore, I expressly assent to, and hereby incorporate by reference the ACTION FOR DECLARATORY JUDGEMENT, filed by Kang Lu on 9/1/2023, in its entirety, and with the same force and effect as though fully set forth herein.

Dated: *October 15*, 2023.   Respectfully executed,

R. Susan Woods, *in propria persona*
P.O. Box 160,
Hadley MA 01035
rsusanwoods@gmail.com
Phone: 413-883-1414

## Unsworn Declaration Under Penalty of Perjury and Certificate of Service

I certify under penalty of perjury under the laws of the United States of America that the foregoing affidavit is true and correct in accordance with *28 U.S. Code 1746(2)*. *RSW*

I further certify that this Notice of Appearance was sent to the Clerk of the Court, Suite 2300, at One Courthouse Way, Boston, MA 02210 on the above date, and a copy of the same, was also sent to the defendants' counsel by email to Assistant Attorney General Angélica L. Durón at angelica.duron@state.ma.us and/or angelica.duron@mass.gov.

*R. Susan Woods*