UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KANG LU,<br><br>                      Plaintiff,<br>      v.<br><br>EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY (EOPSS); TERRENCE REIDY, in his official capacity as Secretary of EOPSS; OFFICE OF THE ATTORNEY GENERAL; and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>                      Defendants. | CIVIL ACTION<br>NO. 1:23-cv-12045-AK |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants – Executive Office of Public Safety and Security (EOPSS), Terrance Reidy, in his official capacity as Secretary of EOPSS ("Secretary Reidy"), the Office of the Attorney General ("AGO"), and Andrea Joy Campbell, in her official capacity as Attorney General of Massachusetts ("Attorney General") – hereby move to dismiss Plaintiff's Complaint. Plaintiff challenges the Massachusetts statutory scheme regulating the licensure and the keeping and carrying of firearms—reflected in the state firearms licensing statute, Mass. G.L. c. 140, § 131, and the criminal prohibition on unlicensed possession of a firearm, Mass. G.L. c. 269, § 10—on state and federal constitutional grounds. This Court should dismiss Plaintiff's Complaint in its entirety on three grounds. First, *Younger* abstention compels dismissal because Plaintiff's action seeks to re-litigate the matter of his recent conviction of carrying a firearm without a license in violation of Mass. Gen. Laws. c. 269, § 10(a), which is currently on appeal. *See Younger v.*

1

*Harris*, 401 U.S. 37 (1971).  Second, the Eleventh Amendment bars Plaintiff's suit against EOPSS and the AGO in this Court.  Third, Plaintiff has failed to state a claim upon which relief can be granted as states may impose licensing requirements consistent with the Second Amendment.  *See New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).  In support of this motion, Defendants refer the Court to, and incorporate by reference, the accompanying memorandum of law, submitted herewith.

WHEREFORE, Defendants respectfully request that the Court dismiss the above-captioned matter.

Respectfully submitted,

EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY (EOPSS); TERRENCE REIDY, in his official capacity as Secretary of EOPSS; OFFICE OF THE ATTORNEY GENERAL; and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,

By their attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Angélica L. Durón*
Angélica L. Durón, BBO# 705315
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2367
Angelica.Duron@mass.gov

Dated:  October 31, 2023

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Angélica L. Durón, Assistant Attorney General, hereby certify that on October 30, 2023, I conferred with Plaintiff, Kang Lu. Despite a good faith effort, the parties were not able to resolve the issue set forth in the motion.

                                                                               */s/ Angélica L. Durón*
                                                                               Angélica L. Durón
                                                                               Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that this document filed electronically through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on October 31, 2023:

Kang Lu, *pro se*
106 Sewall Ave. # 3
Brookline, MA 02446
libertywithoutlicense@gmail.com

                                                                               */s/ Angélica L. Durón*
                                                                               Angélica L. Durón, BBO# 705315
                                                                               Assistant Attorney General