# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE OF PUBLIC SAFTEY AND SECURITY (EOPSS), and TERRENCE REIDY, in his official capacity as Secretary of EOPSS,<br><br>OFFICE OF THE ATTORNEY GENERAL, and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>*Defendants.* | Civil Action No. 1:23-cv-12045-AK<br><br>ACTION<br><br>FOR<br><br>DECLARATORY JUDGMENT<br><br>RECEIVED IN CLERK'S OFFICE<br>DATE 11/03/2023 |

## NOTICE OF APPEARANCE

1.  I am one of the people[1] of the several states which are united by and under the Constitution[2], and I appear in my proper person in order to join as plaintiff in the above captioned matter, in accordance with Federal Civil Procedure *Rule 20*.

---

[1] *District of Columbia v. Heller*, 554 U. S. 570, 580 (2008): The term [people] unambiguously refers to all members of the political community, not an unspecified subset. As we said in United States v. Verdugo-Urquidez, 494 U. S. 259, 265 (1990): "...'the people' protected by the Fourth Amendment, and by the First and Second Amendments, and to whom rights and powers are reserved in the Ninth and Tenth Amendments, refers to a class of persons who are part of a national community or who have otherwise developed sufficient connection with this country to be considered part of that community."

[2] Hooven & Allison Co. v. Evatt, 324 U.S. 652, 672 (1945)

2.  I assert a right to relief jointly with respect to a similar cause of action arising under the Constitution, where identical questions of law common to my own circumstances will arise in the declaratory relief sought. Specifically, it is my wish to claim and exercise my individual right to keep and bear arms for personal use[3], and for the common defence[4] as plainly secured by the laws of Massachusetts and the Constitution, and to be informed of the purpose and scope of the State's statutory scheme governing licensing of firearms[5], so that I may find security in the laws[6].

Dated: October 30th, 2023.                                  Respectfully executed,

                                                            Christopher J. Colby, *in propria persona*
                                                            118 Maple Street
                                                            Easthampton, Massachusetts
                                                            ccchris.co.cc@gmail.com
                                                            Phone: 413-237-5591

### Certificate of Service

I certify that this Notice of Appearance was sent by U.S. Mail to the Clerk of the Court, Suite 2300, at One Courthouse Way, Boston, MA 02210 as dated above, and that notice was given by emailing a copy to Assistant Attorney General Angélica L. Durón at angelica.duron@state.ma.us and/or angelica.duron@mass.gov.

_____
Christopher J. Colby

---

[3] Mass. General Laws Chapter 62C section 55A: arms for personal use.

[4] Massachusetts Constitution, Part the First, *Article 17*, and Mass. Gen. Laws Chapter 60 section 24: military arms, uniforms and equipment.

[5] Mirko Chardin v. Police Commissioner of Boston & another, 465 Mass. 314, 315, (2013).

[6] Massachusetts Constitution: "...that every man may, at all times, find his security in [the laws.]"