# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Kang Lu, et al. | |
| *Plaintiffs,* | Civil Action No. 1:23-cv-12045-AK |
| *v.* | |
| TERRENCE REIDY, in his official capacity as Secretary of the EXECUTIVE OFFICE OF PUBLIC SAFTEY AND SECURITY, and | **ACTION** |
| | **FOR** |
| ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, | **DECLARATORY JUDGMENT** |
| *Defendants.* | |

### Plaintiffs' Motion and Memorandum To Join As Parties

I, Christopher J. Colby, Kevin Kiley, Regina Roy, R. Susan Woods, Gabriel Kishinevski, Sarah Carey, Jason Gerhard, James J. O'Brien III, and Frank Staples each appear in our proper persons to join as plaintiffs in accordance with *Rule 20*, because we each assert a right to relief jointly with respect to a similar controversy arising under the Constitution, where identical questions of law common to our own circumstances are raised in the declaratory relief sought.

To the extent that the defendants claim the rules of intervention may apply, two types of intervention are recognized under *Rule 24*: (a) intervention of right, and (b) permissive intervention. Both are appropriate to us, as we each claim an interest relating to a controversy that is the subject of the action, and are so situated that disposing of the action may as a practical matter impair or impede the ability to protect our interests, which are specific to each of us; and

we have claims that share with the original action a common question of law or fact. For the purpose of *Rule 24*, our joinder as plaintiffs will not delay or prejudice the adjudication of the original parties' rights.

The Court may treat the Notice of Appearance, and Affidavit and Assent to Action we already filed separately (Doc. No. 11-23, 25-29, and 32, 33), as motions to join the action.

Further, the defendants' have not alleged that there has been a misjoinder of parties, and in any case, "Misjoinder of parties is not a ground for dismissing an action." *Rule 21*. As "the Court is governed by the substance of things, and not by mere form," *Simon v. Craft*, 182 U.S. 427, 427 (1901), we each hereby **MOTION** to be joined as plaintiffs in accordance with *Rules 20* and *21*, with the incorporation by reference of Doc. No. 1, the Action filed by Kang Lu, in its entirety, and with the same force and effect as though fully set forth herein.

Dated: _Nov 14th_, 2023.

Very Respectfully Filed with the Court,
and Served to defendants by email,

Christopher J. Colby, *in propria persona*
118 Maple Street
Easthampton, Massachusetts
ccchris.co.cc@gmail.com
Phone: 413-237-5591

Kevin Michael Kiley, *in propria persona*
712 E. 1st Ave. # 6
St. John, Republic of Kansas
kevinmkiley1969@gmail.com
Phone: 620-617-5697

Gabriel Kishinevski, *in propria persona*
26 East Street,
Hadley, Massachusetts
gabe.kishinevski@hotmail.com
Phone: 413-320-6214

Sarah Carey, *in propria persona*
26 East Street,
Hadley, Massachusetts
sarahpip@yahoo.com
Phone: 413-204-3504

Regina Roy, *in propria persona*
911 Main Street
Holyoke, Massachusetts
radiance369@protonmail.com
Phone: 808-385-1379

R. Susan Woods, *in propria persona*
P.O. Box 160
Hadley, MA 01035
rsusanwoods@gmail.com
Phone: 413-883-1414

Frank Staples, *in propria persona*
332 Merrimack Street
Manchester, New Hampshire
absolutedefiance@protonmail.com
Phone: 603-722-5408

James J. O'Brien III, *in propria persona*
1 Hardy Road Suite 355
Bedford, New Hampshire
scholartaoist@protonmail.com
Phone: 781-718-3151

Jason Gerhard, *in propria persona*
jason.gerhard@leg.state.nh.us
107 North Main Street
Concord, NH 03301
Phone: 603-271-3661