UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KANG LU,

                Plaintiff,

v.

EXECUTIVE OFFICE OF PUBLIC SAFETY
AND SECURITY (EOPSS); TERRENCE REIDY,
in his official capacity as Secretary of EOPSS;
OFFICE OF THE ATTORNEY GENERAL; and
ANDREA JOY CAMPBELL, in her official
capacity as Attorney General of Massachusetts,

                Defendants.

CIVIL ACTION
NO. 1:23-cv-12045-AK

### DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants – Executive Office of Public Safety and Security ("EOPSS"), Terrance Reidy, in his official capacity as Secretary of EOPSS, the Office of the Attorney General, and Andrea Joy Campbell, in her official capacity as Attorney General of Massachusetts – hereby move to extend their time to file an opposition to Plaintiffs' Motions and Supporting Memorandum Opposing Defendants' Motion to Dismiss and for Summary Judgment ("Motion for Summary Judgment") until December 15, 2023. The grounds for the motion are set forth below.

1. This matter is an action for declaratory judgment aimed at preventing the Commonwealth from prosecuting the Plaintiff, Kang Lu, in the future for unlicensed possession of firearms under Mass. G.L. c. 269, § 10.  *See* ECF No. 1.

2. Plaintiff filed the Complaint in this matter on September 1, 2023.  ECF No. 1.

3. On October 31, 2023, the Defendants filed a motion to dismiss, which is currently pending before the Court.  ECF No. 30.

4. On November 14, 2023, nine individuals ("Applicants") jointly filed a motion to join as plaintiffs in this matter.  ECF No. 34.  The Defendants' opposition to the Applicants' motion to join is due December 28, 2023.  ECF No. 37.

5. On November 14, 2023, the Plaintiff filed the Motion for Summary Judgment.  ECF No. 35.  The Applicants are signatories to said motion, *see* ECF No. 35, but have yet to be added as parties to this action, *see* Docket.

6. The Defendants' response to the Motion for Summary Judgment is due December 5, 2023.  L.R. 7.1(b)(2).

7. The Defendants seek additional time to respond to the Motion for Summary Judgment.  In addition to preparing the Defendant's opposition to the Applicants' motion to join, undersigned counsel is attending to other pressing matters, including the following: preparing an appellate brief, due December 8, 2023, in *Donovan Bouzan v. Jeffers*, Mass. App. Ct., No. 2023-P-0031; and preparing an opposition to a motion for judgment on the pleadings, due December 20, 2023, in *Liang v. Department of Early Education and Care*, Suffolk Super. Ct., No. 2384CV00868.

8. The Plaintiff assents to the Defendants' requested extension.

For the foregoing reasons, the Defendants respectfully request that the Court extend their time to file an opposition to Plaintiff's Motion for Summary Judgment by an additional 10 days, until December 15, 2023.

Respectfully submitted,

EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY (EOPSS), and TERRENCE REIDY, in his official capacity as Secretary of EOPSS; OFFICE OF THE ATTORNEY GENERAL, and ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,

By their attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Angélica L. Durón*
Angélica L. Durón, BBO# 705315
Assistant Attorney General
Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2367
Angelica.Duron@mass.gov

Dated:  December 1, 2023

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, Angélica L. Durón, Assistant Attorney General, hereby certify that on December 1, 2023, I spoke with Kang Lu, the pro se Plaintiff in this matter, by phone and discussed the foregoing motion. Plaintiff stated his assent to this motion.

/s/ Angélica L. Durón
Angélica L. Durón, BBO# 705315
Assistant Attorney General

Dated: December 1, 2023


## CERTIFICATE OF SERVICE

I hereby certify that this document filed electronical through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on December 1, 2023:

Kang Lu
106 Sewall Ave. # 3
Brookline, MA 02446
libertywithoutlicense@gmail.com

/s/ Angélica L. Durón
Angélica L. Durón, BBO# 705315
Assistant Attorney General